IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60618
Conference Calendar

_____

SALVADOR HERRERA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
No. A29 982 212
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Salvador Herrera petitions for review of the Board of
Immigration Appeals' decision that he will not suffer "extreme
hardship" if he is deported to Mexico. See 8 U.S.C.
§ 1254(a)(1). Herrera has failed to establish that he will
suffer the type of unique or unusually severe hardship which
would compel a finding of "extreme hardship" by the Board. See
Hernandez-Cordero v. INS, 819 F.2d 558, 562-63 (5th Cir. 1987)

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

(en banc).  The Board did not abuse its discretion in denying his application for suspension of deportation.  <u>See</u> <u>id</u>.

PETITION DENIED.